UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
                                                        )
UNITED STATES OF AMERICA                                )    ORDER
                                                        )
    V.                                                  )    23 Mag. 2797
                                                        )
THE CHAMISA HUMSHE TORRAH                               )
(FIVE BOOKS OF MOSES), VENICE,                          )
GIOVANNI DI GARA, 1588, AND                             )
HAFTAROT, 1589, MINIATURE, 162+60                       )
LEAVES, SEIZED ON OR ABOUT                              )
APRIL 6, 2023                                           )
                                                        )
                                                        )
                                                        )
---------------------------------------------------------

      Upon the application of the United States of America, by Assistant United States Attorney Benjamin A. Gianforti,

      It is found that the Affidavit in Support of Seizure Warrant (the "Affidavit") and the related Warrant of Seizure in the above-captioned action, 23 Mag. 2797, are currently sealed and the United States Attorney's Office has applied to have the Affidavit and the Warrant of Seizure unsealed;

      IT IS HEREBY ORDERED that the Affidavit and the Warrant of Seizure in 23 Mag 2797 shall be unsealed and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated: New York, New York
       February 12, 2025

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE